**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY DENILSON DURAN,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, *et al.*,<br>Respondents. | No. 1:26-cv-02020-JLT-CDB (HC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PETITION FOR WRIT OF HABEAS CORPUS<br>(A-Number: 218-147-608)<br>(Doc. 10) |

Anthony Denilson Duran is a federal immigration detainee. He initiated this action on March 13, 2026, with the filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 and a motion for temporary restraining order while in custody of Immigration and Customs Enforcement at the California City ICE Processing Center, located in California City, California. (Docs. 1, 3.) The Court denied Petitioner's TRO motion as untimely and referred the matter to the assigned magistrate judge for a determination on the merits of the petition. (Doc. 6.)

On May 18, 2026, the assigned magistrate judge issued findings and recommendations to deny the petition. (Doc. 10.) The Court served the findings and recommendations on the parties and notified them that any objections were due within 14 days after service. *Id.* at 14. No objections have been filed, and the deadline has expired.

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and

recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on May 18, 2026 (Doc. 10) are **ADOPTED** in full.
2. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DENIED**.
3. The Clerk of The Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated: _October 8, 2026_

UNITED STATES DISTRICT JUDGE